

**U.S. Department of Justice**

**United States Attorney**
**Middle District of Georgia**

---

*Criminal Division*  Phone: 478-752-3511
*Post Office Box 1702*  Fax: 478-621-2655
*Macon, Georgia 31202*  Fax: 478-621-2656

December 6, 2013

Mr. Audrea Lawrence

Dear Mr. Lawrence:

You are the target of a federal criminal investigation regarding alleged violations of narcotics laws (21 U.S.C. § 841), and possibly other matters in violation of federal criminal law. We expect that the case will be presented to the grand jury after the end of the year.

If you have retained an attorney, kindly have your attorney contact me, Verda Colvin, at 478-752-3511. If you cannot afford to hire an attorney, one may be appointed to you. In order to request that an attorney be appointed to you, please contact Donald Coneway at the U.S. Probation Office 478-752-8106. Please inform him that you have received a "target letter" and if he requests, please provide him with a copy of this letter.

If you do not make arrangements to deal with this matter, it is likely you will be arrested in the near future on federal narcotics charges.

Sincerely,

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY:  VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY